UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH SCOTT ALTER,<br><br>   Plaintiff,<br><br> v.<br><br>MITCH MCCONNELL,<br><br>   Defendant. | Case No. 2:23-cv-05785-ODW-PD<br><br>**ORDER ACCEPTING FINAL REPORT AND ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

   Pursuant to 28 U.S.C. § 636, the Court has reviewed Plaintiff's First Amended Complaint, the records on file herein, the Final Report and Recommendation of United States Magistrate Judge (the "Final Report"),[1] and Plaintiff's Objections to the Initial Report [Dkt. Nos. 30-32] and the Final Report [Dkt. Nos. 36, 37]. The Court has engaged in a de novo review of the portions of the Initial Report and Final Report to which Plaintiff has objected.

---

[1] This Final Report is identical to the Initial Report with one exception: The Final Report omits the venue discussion. The Recommendation that the First Amended Complaint be dismissed with prejudice remains unchanged.

1  The Court accepts the findings and recommendations of the Magistrate Judge
2  in the Final Report and adopts them as its own findings and conclusions.
3      IT IS THEREFORE ORDERED that Plaintiff's First Amended
4  Complaint [Dkt. No. 11] be dismissed without leave to amend and judgment
5  be entered dismissing this action with prejudice.

7  DATED:  _February 29, 2024

                                            HON. OTIS D. WRIGHT, II
                                            UNITED STATES DISTRICT JUDGE

2