JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH SCOTT ALTER,<br><br>        Plaintiff,<br><br>   v.<br><br>MITCH MCCONNELL,<br><br>        Defendant. | Case No. 2:23-cv-05785-ODW-PD<br><br>**JUDGMENT** |

      Pursuant to the Order Accepting Final Report and Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

      IT IS ADJUDGED that the action is dismissed with prejudice.

DATED: February 29, 2024

_____
HON. OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE